Same case below, 355 Fed. Appx. 990.

**No. 10-7822. Conrad Wicks, Petitioner v. William Brown, Superintendent, Eastern New York Correctional Facility.**

562 U.S. 1227, 131 S. Ct. 1485, 179 L. Ed. 2d 320, 2011 U.S. LEXIS 1344.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-7826. Derek Don Chappell, Petitioner v. Arizona.**

562 U.S. 1227, 131 S. Ct. 1485, 179 L. Ed. 2d 320, 2011 U.S. LEXIS 1501.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 225 Ariz. 229, 236 P.3d 1176.

**No. 10-7829. Lavon Cecil Smith, Petitioner v. Dawn Chamberlain, et al.**

562 U.S. 1227, 131 S. Ct. 1486, 179 L. Ed. 2d 320, 2011 U.S. LEXIS 1359.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-7842. Richard Olson, Petitioner v. Estate of Veronica Gaignat, Deceased.**

562 U.S. 1228, 131 S. Ct. 1486, 179 L. Ed. 2d 320, 2011 U.S. LEXIS 1381,

February 22, 2011. Petition for writ of certiorari to the District Court of Kansas, Sedgwick County, denied.

**No. 10-7844. Kelly D. Warfield, Petitioner v. Douglas L. Weber, Warden, et al.**

562 U.S. 1228, 131 S. Ct. 1486, 179 L. Ed. 2d 320, 2011 U.S. LEXIS 1473.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-7850. Lawrence Parker, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 1228, 131 S. Ct. 1486, 179 L. Ed. 2d 320, 2011 U.S. LEXIS 1347,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-7854. Darrell Tyrone Noble, Petitioner v. George J. Giurbino, Warden.**

562 U.S. 1228, 131 S. Ct. 1486, 179 L. Ed. 2d 320, 2011 U.S. LEXIS 1442.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 675.